IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02267-WDM-OES

ANGELS TECHNOLOGY, INC.,

Plaintiff(s),

vs.

TERACA CORPORATION,

Defendant(s).

___

RECOMMENDATION FOR DISMISSAL
___

ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: October 3, 2005

    The Court is advised by counsel that all issues have been resolved and a full settlement has been reached in this action. The Court therefore RECOMMENDS that this matter be DISMISSED with prejudice, each party to pay its own fees and costs.

Dated at Denver, Colorado, this day of:  October 3, 2005

BY THE COURT:

s/ O. Edward Schlatter
_____
O. Edward Schlatter
United States Magistrate Judge