IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-2267-WDM-OES

ANGELS TECHNOLOGY, INC.,

    Plaintiff,

v.

TERACA CORPORATION,

    Defendant.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This matter is before me on the recommendation of Magistrate Judge O. Edward Schlatter, issued October 3, 2005, that this case be dismissed with prejudice in light of the parties' advisement to the court that they had reached a settlement of all issues. No party has objected to this recommendation, and *de novo* review is therefore not required. 28 U.S.C. § 636(b).

Upon review of the record, I will accept the recommendation.

Accordingly, it is ordered:

1. The October 3, 2005 recommendation of Magistrate Judge Schlatter is accepted.

2. This case is dismissed with prejudice, each party to bear its own fees and costs.

DATED at Denver, Colorado, on October 27, 2005.

                              BY THE COURT:

                              /s/ Walker D. Miller
                              United States District Judge

PDF FINAL